IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| CHRISTOPHER GRISEL | § | |
| VS. | § | CIVIL ACTION NO. 1:11-CV-135 |
| WARDEN FOX | § | |

### ORDER OF TRANSFER

For the reasons stated in the accompanying Memorandum Opinion Regarding Transfer, it is

**ORDERED** that the Clerk of Court shall **TRANSFER** this action to the Southern Division of the United States District Court for the Eastern District of Michigan.

**SIGNED** this   24   day of         March         , 2011.

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE